UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**EXQUISITE PROPERTIES I, LLC**

DEBTOR(S)

BANKRUPTCY NO.
17-10151
SECTION "B"
CHAPTER 7

### **ORDER**

This matter was to come before the Court on January 10, 2018 as a hearing on approval of the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Reimbursement of Expenses, and Proposed Distribution filed herein.

Proper notice having been given to all creditors and parties in interest and no timely objections having been filed and considering that the report has been reviewed by the U. S. Trustee,

**IT IS ORDERED** that the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Reimbursement of Expenses, and Proposed Distribution is **APPROVED** and that the funds be distributed in accordance therewith.

New Orleans, Louisiana, January 8, 2018.

*J. A. Brown*
JERRY A. BROWN
BANKRUPTCY JUDGE