# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

In re: EXQUISITE PROPERTIES I, LLC § Case No. 17-10151
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

WILBUR J. (BILL) BABIN, JR., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $5,360.00　　　　　　Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $650,962.19　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　Without Payment: $40,501.88

Total Expenses of Administration: $48,096.74

---

3) Total gross receipts of $ 699,058.93 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $699,058.93 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $837,006.00 | $1,360,160.81 | $609,528.38 | $609,528.38 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 71,299.69 | 48,096.74 | 48,096.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 7,989.39 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 30,310.00 | 51,651.69 | 51,651.69 | 41,433.81 |
| **TOTAL DISBURSEMENTS** | $875,305.39 | $1,483,112.19 | $709,276.81 | $699,058.93 |

4) This case was originally filed under Chapter 7 on January 23, 2017. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/17/2018     By: /s/WILBUR J. (BILL) BABIN, JR.
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| MULTI TENANT OFFICE BUILDING, 594 ASBURY DRIVE | 1110-000 | 635,453.38 |
| CHECKING ACCOUNT AT FIDELITY BANK, XXXXXX1072 | 1129-000 | 15,027.68 |
| SUITE E-3 - LEASE AGREEMENT BETWEEN EXQUISITE PR | 1129-000 | 325.00 |
| RENTS 594 ASBURY DRIVE, MANDEVILLE, LA 70471 | 1222-000 | 46,945.00 |
| CASH ON HAND | 1229-000 | 290.00 |
| REFUND FROM CLECO | 1229-000 | 919.92 |
| REFUND FROM ST. TAMMANY PARISH GOVERNMENT | 1229-000 | 97.95 |
| **TOTAL GROSS RECEIPTS** | | **$699,058.93** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GULF COAST BANK AND TRUST COMPANY | 4110-000 | 597,006.00 | 600,632.43 | 0.00 | 0.00 |
| 2S-2 | EXEMPLAR PROPERTIES I, LLC | 4110-000 | 240,000.00 | 150,000.00 | 0.00 | 0.00 |
| | MARIN INVESTMENTS, LLC | 4700-000 | N/A | 5,712.96 | 5,712.96 | 5,712.96 |
| | MARIN INVESTMENTS, LLC | 4110-000 | N/A | 595,000.00 | 595,000.00 | 595,000.00 |
| | MARIN INVESTMENTS, LLC | 4800-070 | N/A | 8,815.42 | 8,815.42 | 8,815.42 |
| **TOTAL SECURED CLAIMS** | | | **$837,006.00** | **$1,360,160.81** | **$609,528.38** | **$609,528.38** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - WILBUR J. (BILL) BABIN, JR. | 2100-000 | N/A | 38,202.95 | 15,000.00 | 15,000.00 |
| Trustee Expenses - WILBUR J. (BILL) BABIN, JR. | 2200-000 | N/A | 423.62 | 423.62 | 423.62 |
| Other - GROUND SOLUTIONS SOUTH, LLC | 2420-000 | N/A | 160.00 | 160.00 | 160.00 |
| Other - RATCLIFF CPAS AND BUSINESS CONSULTANTS, LLC | 2420-000 | N/A | 255.00 | 255.00 | 255.00 |
| Other - YOU CALL/WE HAUL | 2420-000 | N/A | 261.42 | 261.42 | 261.42 |
| Other - SPECTRUM BUSINESS | 2420-000 | N/A | 751.87 | 751.87 | 751.87 |
| Other - THERAPEUTIC BY DESIGN PHYSICAL THERAPY CLINIC | 2420-000 | N/A | 99.23 | 99.23 | 99.23 |
| Other - CLECO POWER, LLC | 2420-000 | N/A | 2,474.28 | 2,474.28 | 2,474.28 |
| Clerk of the Court Costs (includes adversary and other filing fees) - CLERK | 2700-000 | N/A | 181.00 | 181.00 | 181.00 |
| Other - A-BEAR ELECTRICAL CONTRACTORS, INC. | 2420-000 | N/A | 567.82 | 567.82 | 567.82 |
| Other - CLEMENT FIRE & SAFETY CO., INC. | 2420-000 | N/A | 176.40 | 176.40 | 176.40 |
| Other - SCHNEIDER'S AIR CONDITIONING & HEATING | 2420-000 | N/A | 550.00 | 550.00 | 550.00 |
| Other - LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY | 2420-000 | N/A | 130.80 | 130.80 | 130.80 |
| Other - TAMMANY UTILITIES WEST | 2420-000 | N/A | 545.34 | 545.34 | 545.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.08 | 21.08 | 21.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.14 | 41.14 | 41.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.90 | 55.90 | 55.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 60.32 | 60.32 | 60.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.30 | 68.30 | 68.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 86.92 | 86.92 | 86.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 83.46 | 83.46 | 83.46 |
| Other - MARIN INVESTMENTS, LLC | 3510-000 | N/A | 25,200.00 | 25,200.00 | 25,200.00 |
| Other - MARIN INVESTMENTS, LLC | 2500-000 | N/A | 425.00 | 425.00 | 425.00 |
| Other - MARIN INVESTMENTS, LLC | 2500-000 | N/A | 300.00 | 300.00 | 300.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 94.37 | 94.37 | 94.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 83.47 | 83.47 | 83.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $71,299.69 | $48,096.74 | $48,096.74 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | TAX COLLECTOR, PARISH OF ST. TAMMANY | 5800-000 | 7,989.39 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $7,989.39 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U-2 | EXEMPLAR PROPERTIES I, LLC | 7100-000 | N/A | 51,627.20 | 51,627.20 | 41,414.16 |
| 3 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 26.00 | 24.49 | 24.49 | 19.65 |
| NOTFILED | TAMMANY UTILITIES WEST | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| NOTFILED | DEPARTMENT OF ENVIRONMENTAL QUALITY | 7100-000 | 119.00 | N/A | N/A | 0.00 |
| NOTFILED | YOU CALL/WE HAUL | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | SPECTRUM BUSINESS | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| NOTFILED | CHRISTINA GUARINO | 7100-000 | 20,909.00 | N/A | N/A | 0.00 |
| NOTFILED | BEEBE'S PEST & TERMITE CONTROL | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | MICHAEL GUARINO | 7100-000 | 8,771.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $30,310.00 | $51,651.69 | $51,651.69 | $41,433.81 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-10151  
**Case Name:** EXQUISITE PROPERTIES I, LLC  

**Trustee:** (380380) WILBUR J. (BILL) BABIN, JR.  
**Filed (f) or Converted (c):** 01/23/17 (f)  
**§341(a) Meeting Date:** 03/02/17  

**Period Ending:** 04/17/18  
**Claims Bar Date:** 06/12/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Ref. #** Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  MULTI TENANT OFFICE BUILDING, 594 ASBURY DRIVE | 590,000.00 | 635,453.38 | | 635,453.38 | FA |
| 2  CHECKING ACCOUNT AT FIDELITY BANK, XXXXXX1072 | 300.00 | 15,027.68 | | 15,027.68 | FA |
| 3  SUITE A - LEASE AGREEMENT BETWEEN EXQUISITE PROP | 1,625.00 | 0.00 | | 0.00 | FA |
| 4  SUITE B - LEASE AGREEMENT BETWEEN EXQUISITE PROP | 1,400.00 | 0.00 | | 0.00 | FA |
| 5  SUITE C & D - LEASE AGREEMENT BETWEEN EXQUISITE | 650.00 | 0.00 | | 0.00 | FA |
| 6  SUITE E-3 - LEASE AGREEMENT BETWEEN EXQUISITE PR | 325.00 | 325.00 | | 325.00 | FA |
| 7  SUITE E-5 - LEASE AGREEMENT BETWEEN EXQUISITE PR | 425.00 | 0.00 | | 0.00 | FA |
| 8  SUITE E-4 - LEASE AGREEMENT BETWEEN EXQUISITE PR | 360.00 | 0.00 | | 0.00 | FA |
| 9  SUITE E-6 - LEASE AGREEMENT BETWEEN EXQUISITE PR | 450.00 | 0.00 | | 0.00 | FA |
| 10 SUITE E-8 - LEASE AGREEMENT BETWEEN EXQUISITE PR | 450.00 | 0.00 | | 0.00 | FA |
| 11 RENTS 594 ASBURY DRIVE, MANDEVILLE, LA 70471 (u) | 5,585.00 | 46,945.00 | | 46,945.00 | FA |
| 12 CASH ON HAND (u) | 0.00 | 290.00 | | 290.00 | FA |
| 13 REFUND FROM CLECO (u) | 919.92 | 919.92 | | 919.92 | FA |
| 14 REFUND FROM ST. TAMMANY PARISH GOVERNMENT (u) | 97.95 | 97.95 | | 97.95 | FA |
| **14 Assets Totals** (Excluding unknown values) | **$602,587.87** | **$699,058.93** | | **$699,058.93** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE'S FINAL ACCOUNT WAS APPROVED BY THE COURT ON 01/08/18.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-10151  
**Case Name:** EXQUISITE PROPERTIES I, LLC

**Period Ending:** 04/17/18

**Trustee:** (380380) WILBUR J. (BILL) BABIN, JR.  
**Filed (f) or Converted (c):** 01/23/17 (f)  
**§341(a) Meeting Date:** 03/02/17  
**Claims Bar Date:** 06/12/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2018   **Current Projected Date Of Final Report (TFR):** December 6, 2017 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-10151  
**Case Name:** EXQUISITE PROPERTIES I, LLC  

**Taxpayer ID #:** **-***5470  
**Period Ending:** 04/17/18  

**Trustee:** WILBUR J. (BILL) BABIN, JR. (380380)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5966 - Checking Account  
**Blanket Bond:** $25,365,767.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/09/17 | {11} | BRANS PEST CONTROL, LLC | RENT PAID FOR UNIT E-3 | 1222-000 | 325.00 | | 325.00 |
| 03/09/17 | {11} | ACCELERATED HAND SOLUTIONS, LLC | RENT PAID FOR UNIT A | 1222-000 | 1,625.00 | | 1,950.00 |
| 03/09/17 | {11} | GRACE INTERNATIONAL ADOPTION AGENCY | RENT PAID FOR UNIT E-4 | 1222-000 | 360.00 | | 2,310.00 |
| 03/09/17 | {11} | PATTERSON STATE BANK | RENT PAID FOR UNIT B | 1222-000 | 1,625.00 | | 3,935.00 |
| 03/09/17 | {11} | THERAPEUTIC BY DESIGN F & W, LLC | RENT PAID FOR UNITS C & D | 1222-000 | 1,650.00 | | 5,585.00 |
| 03/14/17 | {11} | MARLEEN P. BILLIOT, LCSW | RENT PAID FOR UNIT E-8 | 1222-000 | 475.00 | | 6,060.00 |
| 03/14/17 | {2} | CAPITAL ONE | FUNDS ON DEPOSIT | 1129-000 | 900.00 | | 6,960.00 |
| 03/14/17 | {2} | FIDELITY | FUNDS ON DEPOSIT | 1129-000 | 14,127.68 | | 21,087.68 |
| 03/14/17 | | CAPITAL ONE | FUNDS FOR LEASES AND CASH ON HAND | | 6,000.00 | | 27,087.68 |
| | {3} | | FUNDS FOR LEASE  1,625.00  UNIT - A | 1129-000 | | | 27,087.68 |
| | {4} | | FUNDS FOR LEASE  1,400.00  UNIT - B | 1129-000 | | | 27,087.68 |
| | {5} | | FUNDS FOR LEASE  650.00  UNITS- C&D | 1129-000 | | | 27,087.68 |
| | {6} | | FUNDS FOR LEASE  325.00  UNIT - E3 | 1129-000 | | | 27,087.68 |
| | {7} | | FUNDS FOR LEASE  425.00  UNIT - E5 | 1129-000 | | | 27,087.68 |
| | {8} | | FUNDS FOR LEASE  360.00  UNIT - E4 | 1129-000 | | | 27,087.68 |
| | {9} | | FUNDS FOR LEASE  475.00  UNIT - E6 | 1129-000 | | | 27,087.68 |
| | {10} | | FUNDS FOR LEASE  450.00  UNIT - E8 | 1129-000 | | | 27,087.68 |
| | {12} | | CASH ON HAND  290.00 | 1229-000 | | | 27,087.68 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.08 | 27,066.60 |
| 04/10/17 | {11} | BRANS PEST CONTROL, LLC | RENT PAID FOR UNIT E-3 | 1222-000 | 325.00 | | 27,391.60 |
| 04/10/17 | {11} | GRACE INTERNATIONAL ADOPTION | RENT PAID FOR UNIT E-4 | 1222-000 | 360.00 | | 27,751.60 |
| 04/10/17 | {11} | DR. ROBERT E. SCHMIDT, LLC | RENT PAID FOR UNIT E-5 | 1222-000 | 425.00 | | 28,176.60 |
| 04/10/17 | {11} | MARLEEN P. BILLIOT, LCSW | RENT PAID FOR UNIT E-8 | 1222-000 | 475.00 | | 28,651.60 |
| 04/10/17 | {11} | ACCELERATED HAND SOLUTIONS, LLC | RENT PAID FOR UNIT A | 1222-000 | 1,625.00 | | 30,276.60 |
| 04/10/17 | {11} | PATTERSON STATE BANK | RENT PAID FOR UNIT B | 1222-000 | 1,625.00 | | 31,901.60 |

Subtotals :  $31,922.68  $21.08

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-10151  
**Case Name:** EXQUISITE PROPERTIES I, LLC  

**Taxpayer ID #:** **-***5470  
**Period Ending:** 04/17/18  

**Trustee:** WILBUR J. (BILL) BABIN, JR. (380380)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5966 - Checking Account  
**Blanket Bond:** $25,365,767.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/17 | {11} | THERAPEUTIC BY DESIGN F & W, LLC | RENT PAID FOR UNITS C & D | 1222-000 | 1,650.00 | | 33,551.60 |
| 04/11/17 | 101 | SCHNEIDER'S AIR CONDITIONING & HEATING | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 550.00 | 33,001.60 |
| 04/11/17 | 102 | TAMMANY UTILITIES WEST | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 72.42 | 32,929.18 |
| 04/11/17 | 103 | CLECO POWER, LLC | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 140.45 | 32,788.73 |
| 04/11/17 | 104 | CLECO POWER, LLC | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 155.27 | 32,633.46 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.14 | 32,592.32 |
| 05/16/17 | 105 | SPECTRUM BUSINESS | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 251.87 | 32,340.45 |
| 05/17/17 | {11} | BRANS PEST CONTROL, LLC | RENT PAID FOR E-3 | 1222-000 | 325.00 | | 32,665.45 |
| 05/17/17 | {11} | GRACE INTERNATIONAL ADOPTION A | RENT PAID FOR E-4 | 1222-000 | 360.00 | | 33,025.45 |
| 05/17/17 | {11} | DR. ROBERT E. SCHMIDT, LLC | RENT PAID FOR E-5 | 1222-000 | 425.00 | | 33,450.45 |
| 05/17/17 | {11} | MARLEEN P. BILLIOT | RENT PAID FOR E-8 | 1222-000 | 475.00 | | 33,925.45 |
| 05/17/17 | {11} | MY FATHERS HOUSE CHRISTIAN COUNSELING SERVICES | RENT PAID FOR E-6 | 1222-000 | 475.00 | | 34,400.45 |
| 05/17/17 | {11} | MY FATHERS HOUSE CHRISTIAN COUNSELING SERVICES | RENT PAID FOR E-6 | 1222-000 | 475.00 | | 34,875.45 |
| 05/17/17 | {11} | ACCELERATED HAND SOLUTIONS, LLC | RENT PAID FOR UNIT A | 1222-000 | 1,625.00 | | 36,500.45 |
| 05/17/17 | {11} | PATTERSON STATE BANK | RENT PAID FOR UNIT B | 1222-000 | 1,625.00 | | 38,125.45 |
| 05/17/17 | {11} | THERAPEUTIC BY DESIGN F&W LLC | RENT PAID FOR UNIT C&D | 1222-000 | 1,650.00 | | 39,775.45 |
| 05/17/17 | 106 | THERAPEUTIC BY DESIGN PHYSICAL THERAPY CLINIC | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 99.23 | 39,676.22 |
| 05/17/17 | 107 | GROUND SOLUTIONS SOUTH, LLC | Ref # LAWN CARE | 2420-000 | | 50.00 | 39,626.22 |
| 05/17/17 | 108 | CLECO POWER, LLC | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 151.35 | 39,474.87 |
| 05/17/17 | 109 | CLECO POWER, LLC | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 189.47 | 39,285.40 |
| 05/17/17 | 110 | TAMMANY UTILITIES WEST | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 72.73 | 39,212.67 |
| 05/22/17 | 111 | YOU CALL/WE HAUL | Ref # APRIL, MAY & JUNE 2017 | 2420-000 | | 140.00 | 39,072.67 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.90 | 39,016.77 |
| 06/15/17 | {11} | GRACE INTERNATIONAL ADOPTION | RENT PAID FOR E-4 | 1222-000 | 360.00 | | 39,376.77 |
| 06/15/17 | {11} | DR. ROBERT E. SCHMIDT, LLC | RENT PAID FOR E-5 | 1222-000 | 425.00 | | 39,801.77 |
| 06/15/17 | {11} | MARLEEN P. BILLIOT, LCSW | RENT PAID FOR E-8 | 1222-000 | 475.00 | | 40,276.77 |
| 06/15/17 | {11} | MY FATHERS HOUSE | RENT PAID FOR E-6 | 1222-000 | 475.00 | | 40,751.77 |
| 06/15/17 | {11} | ACCELERATED HAND | RENT PAID FOR UNIT A | 1222-000 | 1,625.00 | | 42,376.77 |

Subtotals :  $12,445.00   $1,969.83

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-10151  
**Case Name:** EXQUISITE PROPERTIES I, LLC  

**Taxpayer ID #:** **-***5470  
**Period Ending:** 04/17/18  

**Trustee:** WILBUR J. (BILL) BABIN, JR. (380380)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5966 - Checking Account  
**Blanket Bond:** $25,365,767.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | SOLUTIONS, LLC | | | | | |
| 06/15/17 | {11} | PATTERSON STATE BANK | RENT PAID FOR UNIT B | 1222-000 | 1,625.00 | | 44,001.77 |
| 06/15/17 | {11} | THERAPEUTIC BY DESIGN F& W LLC | RENT PAID FOR UNITS C & D | 1222-000 | 1,650.00 | | 45,651.77 |
| 06/15/17 | 112 | TAMMANY UTILITIES WEST | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 100.11 | 45,551.66 |
| 06/15/17 | 113 | CLECO POWER, LLC | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 155.81 | 45,395.85 |
| 06/15/17 | 114 | CLECO POWER, LLC | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 227.16 | 45,168.69 |
| 06/15/17 | 115 | SPECTRUM BUSINESS | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 125.00 | 45,043.69 |
| 06/20/17 | 116 | TAMMANY UTILITIES WEST | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 68.61 | 44,975.08 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.32 | 44,914.76 |
| 07/07/17 | {11} | GRACE INTERNATIONAL ADOPTION A | RENT PAID FOR E-4 | 1222-000 | 360.00 | | 45,274.76 |
| 07/07/17 | {11} | DR. ROBERT E. SCHMIDT, LLC | RENT PAID FOR E-5 | 1222-000 | 425.00 | | 45,699.76 |
| 07/07/17 | {11} | MARLEEN P. BILLIOT, LCSW | RENT PAID FOR E-8 | 1222-000 | 475.00 | | 46,174.76 |
| 07/07/17 | {11} | ACCELERATED HAND SOLUTIONS, LLC | RENT PAID FOR UNIT A | 1222-000 | 1,625.00 | | 47,799.76 |
| 07/07/17 | {11} | PATTERSON STATE BANK | RENT PAID FOR UNIT B | 1222-000 | 1,625.00 | | 49,424.76 |
| 07/07/17 | {11} | THERAPEUTIC BY DESIGN F& W, LLC | RENT PAID FOR UNITS C & D | 1222-000 | 1,650.00 | | 51,074.76 |
| 07/07/17 | 117 | CLECO POWER, LLC | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 207.59 | 50,867.17 |
| 07/07/17 | 118 | CLECO POWER, LLC | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 280.05 | 50,587.12 |
| 07/11/17 | {11} | MY FATHERS HOUSE | RENT PAID FOR E-6 | 1222-000 | 475.00 | | 51,062.12 |
| 07/11/17 | 119 | SPECTRUM BUSINESS | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 125.00 | 50,937.12 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.30 | 50,868.82 |
| 08/08/17 | {11} | GRACE INTERNATIONAL ADOPTION A | RENT PAID FOR E-4 | 1222-000 | 360.00 | | 51,228.82 |
| 08/08/17 | {11} | DR. ROBERT E. SCHMIDT, LLC | RENT PAID FOR E-5 | 1222-000 | 425.00 | | 51,653.82 |
| 08/08/17 | {11} | MARLEEN P. BILLIOT, LCSW | RENT PAID FOR E-8 | 1222-000 | 475.00 | | 52,128.82 |
| 08/08/17 | {11} | MY FATHERS HOUSE | RENT PAID FOR E-6 | 1222-000 | 475.00 | | 52,603.82 |
| 08/08/17 | {11} | ACCELERATED HAND SOLUTIONS, LLC | RENT PAID FOR UNIT A | 1222-000 | 1,625.00 | | 54,228.82 |
| 08/08/17 | {11} | PATTERSON STATE BANK | RENT PAID FOR UNIT B | 1222-000 | 1,625.00 | | 55,853.82 |
| 08/08/17 | {11} | THERAPEUTIC BY DESIGN F & W, LLC | RENT PAID FOR UNITS C & D | 1222-000 | 1,650.00 | | 57,503.82 |
| 08/08/17 | 120 | CLECO POWER, LLC | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 237.63 | 57,266.19 |
| 08/08/17 | 121 | CLECO POWER, LLC | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 253.66 | 57,012.53 |
| 08/08/17 | 122 | TAMMANY UTILITIES WEST | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 72.73 | 56,939.80 |

Subtotals: $16,545.00 $1,981.97

{} Asset reference(s)

Exhibit 9

Page: 4

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-10151  
**Case Name:** EXQUISITE PROPERTIES I, LLC  

**Taxpayer ID #:** **-***5470  
**Period Ending:** 04/17/18  

**Trustee:** WILBUR J. (BILL) BABIN, JR. (380380)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5966 - Checking Account  
**Blanket Bond:** $25,365,767.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/08/17 | 123 | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY | INVOICE NUMBER 590132 | 2420-000 | | 130.80 | 56,809.00 |
| 08/09/17 | 124 | CLERK OF COURT USBC EASTERN DISTRICT OF LOUISIANA | Ref # MOTION FOR SALE P-30-FEE | 2700-000 | | 181.00 | 56,628.00 |
| 08/18/17 | {11} | DR. ROBERT E. SCHMIDT, LLC | RENT PAID FOR E-5 | 1222-000 | 425.00 | | 57,053.00 |
| 08/18/17 | 125 | SPECTRUM BUSINESS | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 125.00 | 56,928.00 |
| 08/18/17 | 126 | GROUND SOLUTIONS SOUTH, LLC | Ref # LAWN CARE | 2420-000 | | 110.00 | 56,818.00 |
| 08/18/17 | 127 | RATCLIFF CPAS AND BUSINESS CONSULTANTS, LLC | Ref # INVOCIE 7698 | 2420-000 | | 255.00 | 56,563.00 |
| 08/31/17 | {11} | PATTERSON STATE BANK | RENT PAID FOR UNIT B | 1222-000 | 1,625.00 | | 58,188.00 |
| 08/31/17 | 128 | CLEMENT FIRE & SAFETY CO., INC. | SEE ORDER P-24 4/10/2017 | 2420-000 | | 44.10 | 58,143.90 |
| 08/31/17 | 129 | CLECO POWER, LLC | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 209.77 | 57,934.13 |
| 08/31/17 | 130 | CLECO POWER, LLC | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 266.07 | 57,668.06 |
| 08/31/17 | 131 | TAMMANY UTILITIES WEST | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 68.61 | 57,599.45 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.92 | 57,512.53 |
| 09/08/17 | {11} | GRACE INTERNATIONAL ADOPTION A | RENT PAID FOR UNIT E-4 | 1222-000 | 360.00 | | 57,872.53 |
| 09/08/17 | {11} | MY FATHERS HOUS CHRISTIAN COUNSELING SERVICES, LLC | RENT PAID FOR UNIT E-6 | 1222-000 | 475.00 | | 58,347.53 |
| 09/08/17 | {11} | ACCELERATED HAND SOLUTIONS, LLC | RENT PAID FOR UNIT A | 1222-000 | 1,625.00 | | 59,972.53 |
| 09/08/17 | {11} | THERAPEUTIC BY DESIGN F&W, LLC | RENT PAID FOR UNITS C&D | 1222-000 | 1,650.00 | | 61,622.53 |
| 09/08/17 | 132 | A-BEAR ELECTRICAL CONTRACTORS, INC. | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 567.82 | 61,054.71 |
| 09/12/17 | {11} | MARLEEN P. BILLOT, LCSW | RENT PAID FOR E-8 | 1222-000 | 475.00 | | 61,529.71 |
| 09/12/17 | 133 | SPECTRUM BUSINESS | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 125.00 | 61,404.71 |
| 09/18/17 | 134 | YOU CALL/WE HAUL | Ref # JULY, AUGUST, SEPTEMBER 2017 | 2420-000 | | 121.42 | 61,283.29 |
| 09/26/17 | {11} | DR. ROBERT E. SCHMIDT, LLC | RENT PAID FOR E-5 | 1222-000 | 425.00 | | 61,708.29 |
| 09/26/17 | 135 | TAMMANY UTILITIES WEST | Ref # SEE ORDER P-24 4/10/2017 | 2420-000 | | 90.13 | 61,618.16 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.46 | 61,534.70 |
| 10/13/17 | 136 | CLEMENT FIRE & SAFETY CO., INC. | Ref # SEE ORDER P-24 4/10/2017 - INVOICE NO. 92749 | 2420-000 | | 132.30 | 61,402.40 |
| 10/19/17 | 137 {3} | ACCELERATED HAND SOLUTIONS, LLC | SEE ORDER DATED 10/17/2017 - P-41 | 1129-000 | -1,625.00 | | 59,777.40 |

Subtotals : $5,435.00 $2,597.40

{} Asset reference(s)   Printed: 04/17/2018 03:55 PM   V.13.32

Exhibit 9

Page: 5

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-10151  
**Case Name:** EXQUISITE PROPERTIES I, LLC  

**Taxpayer ID #:** **-***5470  
**Period Ending:** 04/17/18  

**Trustee:** WILBUR J. (BILL) BABIN, JR. (380380)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5966 - Checking Account  
**Blanket Bond:** $25,365,767.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/19/17 | 138 {4} | PATTERSON STATE BANK | SEE ORDER DATED 10/17/2017 - P-41 | 1129-000 | -1,400.00 | | 58,377.40 |
| 10/19/17 | 139 {5} | THERAPEUTIC BY DESIGN F&W, LLC | SEE ORDER DATED 10/17/2017 - P-41 | 1129-000 | -650.00 | | 57,727.40 |
| 10/19/17 | 140 {8} | GRACE INTERNATIONAL ADOPTION A | SEE ORDER DATED 10/17/2017 - P-41 | 1129-000 | -360.00 | | 57,367.40 |
| 10/19/17 | 141 {7} | DR. ROBERT E. SCHMIDT, LLC | SEE ORDER DATED 10/17/2017 - P-41 | 1129-000 | -425.00 | | 56,942.40 |
| 10/19/17 | 142 {9} | MY FATHER'S HOUSE | SEE ORDER DATED 10/17/2017 - P-41 | 1129-000 | -475.00 | | 56,467.40 |
| 10/19/17 | 143 {10} | MARLEEN P. BILLIOT, LCSW | SEE ORDER DATED 10/17/2017 - P-41 | 1129-000 | -450.00 | | 56,017.40 |
| 10/21/17 | | MARIN INVESTMENTS, LLC | SALE OF LOT 17A, BLOCK 23 CHINCHUBA SUBDIVISION | | 0.00 | | 56,017.40 |
| | {1} | | 635,453.38 | 1110-000 | | | 56,017.40 |
| | | | REALTOR COMMISSION  -25,200.00 | 3510-000 | | | 56,017.40 |
| | | | PARISH PROPERTY TAXES  -5,712.96 | 4700-000 | | | 56,017.40 |
| | | | PAYOFF EXISTING MORTGAGE  -595,000.00 | 4110-000 | | | 56,017.40 |
| | | | TITLE CHARGES TO DELTA TITLE CORPORATION  -425.00 | 2500-000 | | | 56,017.40 |
| | | | RECORDING FEES  -300.00 | 2500-000 | | | 56,017.40 |
| | | | PAYOFF PAST DUE PROPERTY TAXES  -8,815.42 | 4800-070 | | | 56,017.40 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.37 | 55,923.03 |
| 11/04/17 | {14} | ST. TAMMANY PARISH GOVERNMENT | REFUND FROM ST. TAMMANY PARISH GOVERNMENT | 1229-000 | 7.82 | | 55,930.85 |
| 11/04/17 | {13} | CLECO | REFUND FROM CLECO | 1229-000 | 417.71 | | 56,348.56 |
| 11/15/17 | {13} | CLECO POWER, LLC | REFUND FROM CLECO | 1229-000 | 502.21 | | 56,850.77 |
| 11/28/17 | {14} | ST. TAMMANY PARISH GOVERNMENT | REFUND ON UTILITIES | 1229-000 | 90.13 | | 56,940.90 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.47 | 56,857.43 |
| 01/10/18 | 144 | WILBUR J. (BILL) BABIN, JR. | Dividend paid 100.00% on $423.62, Trustee Expenses; Reference: | 2200-000 | | 423.62 | 56,433.81 |
| 01/10/18 | 145 | WILBUR J. (BILL) BABIN, JR. | Dividend paid 100.00% on $15,000.00, Trustee Compensation; Reference: | 2100-000 | | 15,000.00 | 41,433.81 |
| 01/10/18 | 146 | EXEMPLAR PROPERTIES I, LLC | Dividend paid 80.21% on $51,627.20; Claim # 2U-2; Filed: $51,627.20; Reference: | 7100-000 | | 41,414.16 | 19.65 |
| 01/10/18 | 147 | AMERICAN EXPRESS BANK, FSB | Dividend paid 80.21% on $24.49; Claim # 3; | 7100-000 | | 19.65 | 0.00 |

Subtotals :  $-2,742.13  $57,035.27

{} Asset reference(s)  
Printed: 04/17/2018 03:55 PM  V.13.32

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-10151     **Trustee:** WILBUR J. (BILL) BABIN, JR. (380380)
**Case Name:** EXQUISITE PROPERTIES I, LLC     **Bank Name:** Rabobank, N.A.
    **Account:** ******5966 - Checking Account
**Taxpayer ID #:** **-***5470     **Blanket Bond:** $25,365,767.00 (per case limit)
**Period Ending:** 04/17/18     **Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $24.49; Reference: | | | | |
| | | | **ACCOUNT TOTALS** | | 63,605.55 | 63,605.55 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 63,605.55 | 63,605.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$63,605.55** | **$63,605.55** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5966** | 63,605.55 | 63,605.55 | 0.00 |
| | **$63,605.55** | **$63,605.55** | **$0.00** |